VOS v. CARROLL. (Circuit Court, E. D. Pennsylvania. July 15, 1903.) No. 48. A. S. Arnold, for plaintiff. T. E. White, for defendant.

J. B. McPHERSON, District Judge. It is clear that the motion for a new trial must prevail. Dist. of Columbia v. Armes, 107 U. S. 519, 2 Sup. Ct. 840, 27 L. Ed. 618. This being so, it may not be amiss for me to express my opinion that both parties may find it judicious to come to a settlement of the case on moderate terms, rather than to encounter the uncertainty and expense of further litigation. A new trial is granted.